**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

FILED BY _____ D.C.

05 MAY -5  AM 10: 18

ROBERT R. JI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| CYNTHIA D. NICHOLS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **Case No. 04-2044-MI P** |
| | ) |
| E. W. JAMES & SONS, INC. and/or | ) |
| E. W. JAMES & SONS, INC./EXCEL, | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it appearing to the Court, upon consent of the parties as evidenced by the signatures of their attorneys hereinbelow, that Plaintiff Cynthia D. Nichols and Defendant E. W. James & Sons, Inc. and/or E. W. James & Sons, Inc/Excel, have settled this case and that by the parties' agreement Plaintiff Nichols' claims as set forth in her complaint should be dismissed with prejudice and each party should bear her or its' own costs and fees.

IT IS, THEREFORE, ORDERED that Plaintiff Nichols' claims as set forth in the complaint are dismissed in their entirety with prejudice and further that each party shall bear her or their own costs and fees.

_____
U. S. DISTRICT COURT JUDGE

DATE: ___MAY 5, 2005___



APPROVED:


RON WOODRUFF, ESQ.
Counsel for Plaintiff Cynthia D. Nichols


PAUL E. PRATHER
SYLVIA R. ADAMS
Attorneys for Defendants
E. W. James & Sons, Inc. and/or
E. W. James & Sons, Inc/Excel

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:04-CV-02044 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Sylvia R. Adams
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Ron L. Woodruff
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Phillis R. Morgan
KIESEWETTER WISE KAPLAN PRATHER, PLC
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT