FILED BY _____ O.C.

05 MAY -5  AM 10: 18

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

CYNTHIA D. NICHOLS

VS

E.W. JAMES & SONS, INC. and/or
E.W. JAMES & SONS, INC./EXCEL,

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2044 Ml/P

The parties having settled this matter:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice filed May 5, 2005, this case is DISMISSED with prejudice with each party to bear its own costs and fees.

APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

May 5, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-05

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02044 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Phillis R. Morgan
KIESEWETTER WISE KAPLAN PRATHER, PLC
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

J. Barney Witherington
LAW OFFICE OF J. BARNEY WITHERINGTON IV
P.O. Box 922
Covington, TN 38019

Sylvia R. Adams
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Ron L. Woodruff
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Honorable Jon McCalla
US DISTRICT COURT